UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRENIA LILIAM MARTINEZ LUCIO,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE, et al.,<br><br>Respondents. | Case No.:  3:26-cv-1807-CAB-DEB<br><br>**ORDER PARTIALLY GRANTING WRIT OF HABEAS CORPUS** |

Before the Court is Petitioner Kirenia Liliam Martinez Lucio's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  [Doc. No. 1 ("Petition").]  Petitioner states that she is a Mexican citizen who has resided in the United States since entering without inspection in 1993. [*Id.* at 2.]  She was arrested in Florida on December 28, 2025 following a traffic incident.  [*Id.*]  After "completion of her criminal custody, she was taken into custody by Immigration and Customs Enforcement ('ICE') and subsequently transferred to the Otay Mesa Detention Center in San Diego, California, where she remains detained." [*Id.*]

Petitioner argues that her detention without a bond hearing violates the Immigration and Nationality Act and the Due Process Clause of the Fifth Amendment.  [*Id.* at 8–9.] Respondents do not dispute any of Petitioner's factual assertions or legal arguments.  [*See*

1

Doc. No. 4.]  They only state that they "do not oppose an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)."  [*Id.* at 2.]

Accordingly, the Court **PARTIALLY GRANTS** the writ of habeas corpus and **ORDERS** Respondents to provide Petitioner an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. 1226(a) by **April 16, 2026**.[1]  The Clerk of the Court shall close the case on April 20, 2026 unless the Court is notified that the bond hearing did not occur.

It is **SO ORDERED**.

Dated:  April 2, 2026

_____
Hon. Cathy Ann Bencivengo
United States District Judge

---

[1] In her reply, Petitioner argues that she is entitled to immediate release because Respondents do not clearly identify any statutory basis for detention.  [Doc. No. 5 at 6–7.]  However, Petitioner fails to carry her burden to show that she is entitled to an order from this Court that she be immediately released.  *See Martinez v. Noem*, No. 25-CV-2740-BJC-BJW, 2025 WL 3171738, at *2 (S.D. Cal. Nov. 13, 2025).